UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MISTY NEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:06-cv-1705-RLY-TAB |
| ) | |
| MORGAN COUNTY, ) | |
| ) | |
| Defendant. ) | |

### ENTRY DENYING DEFENDANT'S MOTION TO COMPEL

This matter is before the Court on Defendant's motion to compel the testimony of Plaintiff's fact witness, Ron Drury. [Docket No. 18.] The parties agree that Drury -- Plaintiff's former attorney -- can be deposed in this employment law matter, but they disagree on the scope of his testimony. Plaintiff contends that Defendant may only depose Drury on the substance of his telephone conversation with EMA Director Jeff Neal. [Docket No. 22 at pp. 4-5.] Defendant asserts that it is entitled to depose Drury on much more, including: communications between Plaintiff and Drury that prompted the call, the reasoning for the call, communications between Plaintiff and Drury after the call, "the other actions taken or considered by [Plaintiff] and Mr. Drury after the telephone call, and the other actions taken or considered by [Plaintiff] and Mr. Drury with regards to Misty's employment with Morgan County." [Docket No. 19 at p. 1.]

In opposition to Defendant's motion to compel, Plaintiff attaches the declaration of Ron Drury, which effectively forecloses Defendant's motion. [Docket No. 22, Ex. A.] Drury attests that he initially represented Neal regarding her employment with Morgan County and that this representation only ceased sometime after his telephone conversation with EMA Director Neal.

[*Id*. at ¶¶ 3-9.]  In light of this testimony, Drury's conversations with Plaintiff are attorney-client privileged and are off limits to Defendant during his deposition.  Because of this privilege, the scope of Drury's deposition is necessarily limited to the substance of Drury's conversation with Neal.  Accordingly, Defendant's motion to compel [Docket No. 19] is denied.

Dated:  05/21/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Carolyn Ann Clay
HASKIN LAUTER LARUE & GIBBONS
cclay@hlllaw.com

Kenneth Anthony Collier-Magar
COLLIER-MAGAR & ROBERTS
kenneth@cmrlawfirm.com

John H. Haskin
HASKIN LAUTER LARUE & GIBBONS
jhaskin@hlllaw.com

Liberty L. Roberts
COLLIER MAGAR & ROBERTS
liberty@cmrlawfirm.com