**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| MISTY NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-1705-RLY-TAB |
| | ) | |
| MORGAN COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**E N T R Y**

      The plaintiff failed to appear for a pretrial conference set on November 20, 2007. She was ordered to show cause by December 7, 2007, why this case should not be dismissed for her failure to appear. She has failed to show cause. Another pretrial conference was set on December 19, 2007. The plaintiff did not appear nor did she notify the court in advance that she would be unable to appear. Accordingly, this cause is dismissed with prejudice for failure to prosecute, a disposition based on the plaintiff's failure to appear at the two pretrial conferences and for failure to show cause why the action should not be dismissed.

      Judgment consistent with this Entry shall now issue.

      **IT IS SO ORDERED.**

Date: 1/9/2008

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana